**Electronically Filed**
**Supreme Court**
**SCWC-17-0000845**
**07-AUG-2019**
**02:29 PM**

SCWC-17-0000845

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

SEAN THOMAS DAVIDSON,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000845; CASE NO. 1DTA-17-00026)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Sean Thomas Davidson's

application for writ of certiorari, filed on July 2, 2019, is hereby

rejected.

DATED:  Honolulu, Hawai'i, August 7, 2019,

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

